SUPREME COURT OF NEW JERSEY
D-155 September Term 2013
074196

**FILED**

MAY 20 2015

CLERK

IN THE MATTER OF

YOUNG MIN KIM,

AN ATTORNEY AT LAW

(Attorney No. 045492006)

15-106-JLL

The Disciplinary Review Board having filed with the Court its decision in DRB 14-131 concluding on the record certified to the Board pursuant to Rule 1:20-4(f)(default by respondent), that **YOUNG MIN KIM** of **FORT LEE**, who was admitted to the bar of this State in 2006, should be censured for violating RPC 8.1(b) and Rule 1:20-3(g)(3) and (f)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **YOUNG MIN KIM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 19th day of May, 2015.

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY